```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
UNITED STATES OF AMERICA,              :
                                       :    13CR00368 (DLC)
        -v-                            :
                                       :    ORDER
                                       :
ARTHUR BUDOVSKY,                       :
                                       :
                Defendant.             :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

For the reasons set forth on the record on November 17, 2014, the Court relieved C.J.A. attorney, Steven Frankel, and appointed Jeffrey Pittell to represent the defendant. Accordingly, it is hereby

ORDERED that the Clerk of Court shall terminate the appearance of Mr. Frankel. Mr. Pittell shall promptly file a notice of appearance.

Dated: New York, New York
       November 18, 2014

                                     _____
                                             DENISE COTE
                                     United States District Judge