

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 11, 2016

**By ECF**
The Honorable Denise L. Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    *United States v. Arthur Budovsky*, 13 Cr. 368 (DLC)

Dear Judge Cote:

      The parties are presently drafting a set of joint requests to charge, currently due to be filed with the Court today. The parties have made very significant progress in resolving their differences on these requests, but still are attempting to work out mutually acceptable language with respect to certain proposed instructions. The parties believe that, with a modest amount of additional time, they can bridge some or most of these remaining differences and thereby minimize the number of disputes in the requests to charge requiring resolution by the Court. Accordingly, the parties respectfully request that the deadline for filing the joint requests to charge be extended to this Wednesday, January 13, 2016, at 10:00 a.m.

                                    Respectfully,

                                      PREET BHARARA
                                    United States Attorney

                   By: _____
                                    SERRIN TURNER
                                    CHRISTIAN R. EVERDELL
                                    CHRISTINE I. MAGDO
                                    KEVIN MOSLEY
                                    Assistant United States Attorneys
                                    Southern District of New York

cc:    John Kaley, Esq.
        Donna R. Newman, Esq.