```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :    13cr00368 (DLC)
                                         :
              -v-                        :    ORDER
                                         :
ARTHUR BUDOVSKY,                         :
                        Defendant.       :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On January 8, 2016, the defendant submitted his expert disclosures pursuant to Rule 16(b), Fed. R. Crim. P.  On January 10, the Government moved to preclude the defendant's experts.  Accordingly, it is hereby

ORDERED that the defendant's opposition is due on Wednesday, January 13, at 5:00 p.m.


Dated:   New York, New York
         January 11, 2016

                              _____
                                     DENISE COTE
                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/16