

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 20, 2016

**By ECF**
The Honorable Denise L. Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    <u>United States</u> v. <u>Arthur Budovsky</u>, 13 Cr. 368 (DLC)

Dear Judge Cote:

      Pursuant to the Court's request at the final pretrial conference on January 15, 2016, the Government writes to inform the Court of the resolutions reached concerning the defendant's access to medication and meals.

      We have spoken with Adam Johnson at MCC, who has informed the Government that Mr. Budovksy wishes to have his meals in his unit rather than the attorney-conference meeting room, which MCC is willing to accommodate, and which moots any dietary issue concerning the bag lunches he was receiving previously.  Mr. Johnson has also confirmed that Mr. Budovsky will not run out of his medications anytime soon, and that Mr. Budovsky can obtain refills before they run out as long as he alerts MCC medical staff sufficiently ahead of time.  Mr. Budovsky's prescriptions therefore should not cause any interference with his review of discovery materials. Defense counsel are aware of these resolutions and have not raised any objections with the Government.

      Respectfully,

      PREET BHARARA
      United States Attorney

By: _____
    SERRIN TURNER
    CHRISTIAN EVERDELL
    CHRISTINE I. MAGDO
    KEVIN MOSLEY
    Assistant United States Attorneys

cc: John Kaley, Esq.
    Donna Newman, Esq.