Law Offices of
**Donna R. Newman**
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
Tel. 212-229-1516
Fax. 212-676-7497
Cellular: 201-306-4369
donnanewmanlaw@aol.com
<sub>Member: N.Y. & N.J. Bar</sub>

January 15, 2016

Via Email and first class mail
The Honorable Denise L. Cote
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: *United States v. Arthur Budovsky*
    13 cr. 368-(DLC)

Dear Judge Cote:

     Please be advised that Arthur Budovsky withdraws the subponea *duces tecum* for various documents issued to the United States Department of Treasury's Financial Enforcement Network executed by Your Honor on December 23, 2015 and made returnable upon consent of the parties on January 25, 2016.

Respectfully,
/s/
Donna R. Newman
cc: AUSA Joseph Cordaro  via email
    Arthur Budovsky via first class mail
    John Kaley, Esq. Via email