```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
UNITED STATES OF AMERICA,                  :      13cr00368 (DLC)
                                           :
            -v-                            :      ORDER
                                           :
ARTHUR BUDOVSKY,                           :
                        Defendant.         :
                                           :
-------------------------------------------X
```

DENISE COTE, District Judge:

On January 15, 2016, a final pretrial conference was held in the above-captioned matter. A review of the transcript revealed four errors. Accordingly, it is hereby

ORDERED that the transcript shall be corrected as follows:

(1) On Page 63, line 9, "61 F.3d" shall be changed to "461 F.3d";

(2) On Page 63, line 18, "535 F.3d" shall be changed to "545 F.3d";

(3) On Page 67, line 12, "at 1201" shall be changed to "at 121";

(4) On Page 88, line 19, "CBB2" shall be changed to "CVV2."

Dated:   New York, New York
         January 21, 2016

                                    _____
                                              DENISE COTE
                                    United States District Judge