UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------X
                                    :
UNITED STATES OF AMERICA,           :        13cr00368 (DLC)
                                    :
          -v-                       :            ORDER
                                    :
ARTHUR BUDOVSKY,                    :
                      Defendant.    :
                                    :
------------------------------------X
```

DENISE COTE, District Judge:

On January 26, 2016, the Court issued an Order with a
proposed voir dire question about the defendant's sexual
orientation.  In the evening of January 26, counsel for the
defense sent an ex parte email to the Court's deputy
indicating that counsel does not want any mention of the
defendant's sexuality during voir dire.  Accordingly, it is
hereby

ORDERED that no emails shall be sent directly to the
email address of the Court's deputy.  All communication
with chambers shall occur by filing a letter in the public
record on ECF, or if the communication should not be filed
in the public record, by sending an email to the chambers
email address at CoteNYSDChambers@nysd.uscourts.gov.

IT IS FURTHER ORDERED that, pursuant to the defendant's request, there shall be no question during <u>voir</u> <u>dire</u> addressed to sexual orientation.


Dated:     New York, New York
           January 27, 2016

                              _____
                              DENISE COTE
                    United States District Judge