UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                     :
UNITED STATES OF AMERICA,            :        13cr00368 (DLC)
                                     :
            -v-                      :           ORDER
                                     :
ARTHUR BUDOVSKY,                     :
                      Defendant.     :
                                     :
------------------------------------X

DENISE COTE, District Judge:

    In response to the Court's suggestion, on January 22,

2016 the parties submitted proposals for preliminary

instructions to be given to the jury by the Court

immediately before the Opening Statements.  Having received

the parties' submissions, the Court has concluded that it

is unnecessary to describe to the jury, at that time, the

charges in the Indictment.  The Court's customary

instructions address the other topics in their submissions.

Accordingly, it is hereby

    ORDERED that the Court will provide the attached

preliminary instructions to the jury only upon request of a

party.

Dated:    New York, New York
          January 28, 2016

                                    _____
                                        DENISE COTE
                                United States District Judge