```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :    13cr368 (DLC)
                                          :
           -v-                            :         ORDER
                                          :
ARTHUR BUDOVSKY,                          :
                       Defendant.         :
                                          :
------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/2016

DENISE COTE, District Judge:

On January 29, 2016, Arthur Bodovsky pleaded guilty to one of three counts in the Indictment against him. He is scheduled to be sentenced on May 6, 2016. Defense submissions are due April 22, and the Government's sentencing submissions are due April 29. Accordingly, it is hereby

ORDERED that the parties shall promptly confer to determine whether any Fatico hearing is necessary in advance of the May 6 sentence date, the issues to be addressed at any such hearing, and the expected length of any such hearing. If either the defendant or Government wish for a Fatico hearing, they shall also confer regarding the schedule for the hearing.

IT IS FURTHER ORDERED that the parties shall by February 11, 2016 present to the Court any proposals for scheduling of a Fatico hearing.

IT IS FURTHER ORDERED that the defendant shall advise the Court no later than February 11, 2016 of the continuing need for expert services. The submission may be made ex parte.

Dated:   New York, New York
         February 4, 2016

                                    _____
                                           DENISE COTE
                                    United States District Judge