

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 23, 2016

**By ECF**

The Honorable Denise L. Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:   *United States v. Liberty Reserve*
             **13 Cr. 368 (DLC)**

Dear Judge Cote:

     I will soon be leaving the United States Attorney's Office. Accordingly, I respectfully request that the Court order the Clerk to terminate my appearance in this matter. AUSAs Christian Everdell, Christine Magdo, and Kevin Mosley will remain counsel of record for the Government.

                                Respectfully,

                                  PREET BHARARA
                                United States Attorney

           By:   _____
                          SERRIN TURNER
                          Assistant United States Attorney

cc: John Kaley, Esq.
    Donna Newman, Esq.