*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 19, 2016

**By ECF**

The Honorable Denise L. Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

     Re:    *United States* **v.** *Arthur Budovsky*, **13 Cr. 368 (DLC)**

Dear Judge Cote:

     Pursuant to the Court's order, dated April 11, 2016, the parties have conferred and request the following corrections to the transcript of the April 6, 2016 court conference:

1. Page 4, line 23, "as" should be changed to "has";

2. Page 5, line 9, "to" should be changed to "by";

3. Page 6, line 24, the word "of" should be inserted between "plea" and "guilty";

4. Page 11, line 8, "was" should be changed to "were";

5. Page 11, line 10, "happens" should be changed to "happened";

6. Page 11, line 14, "was" should be changed to "were";

7. Page 11, line 21, "get" should be changed to "set";

8. Page 12, lines 2-3, the phrase "He was extradited on a money laundering conspiracy that a 1956 count, 18 U.S.C. 1956 which carries . . ." should be revised to read: "He was extradited on a money laundering conspiracy, a 1956 count, 18 U.S.C. 1956, which carries . . .";

9. Page 12, line 7, a comma should be inserted between "back" and "if";

10. Page 12, lines 9-10, the phrase "he'd plea to a Rule of Specialty which was" should be changed to "he'd plea to an information with a";

11. Page 12, line 11, "legal" should be changed to "illegal";

12. Page 12, line 12, the line should be changed to read: "counts.  That would add up 15.  But these were preliminary";

13. Page 12, line 13, "interests" should be changed to "interest";

14. Page 12, line 19, "waive" should be changed to "waiver";

15. Page 12, line 22, "interests" should be changed to "interest";

16. Page 13, line 1, "interests" should be changed to "interest";

17. Page 13, line 2, the line should be changed to read: "resolving the case in that way.  But no formal offer, just";

18. Page 13, line 4, "interests" should be changed to "interest";

19. Page 13, line 16, "lawyer" should be changed to "waiver";

20. Page 13, line 18, a comma should be inserted between "prepared" and "because";

21. Page 13, line 19, a comma should be inserted between "prepared" and "to";

22. Page 13, line 25, "writings" should be changed to "writing";

23. Page 15, line 12, "I" should be changed to "he";

24. Page 18, line 1, the second "had" should be stricken;

25. Page 19, line 11, the second "that" should be stricken;

26. Page 22, line 7, the word "he" should be stricken;

27. Page 22, line 23, the word "what" should be stricken;

28. Page 23, line 15, the word "there's" should be changed to "that's";

29. Page 23, line 16, the word "a" should be stricken;

30. Page 24, line 4, the word "interest" should be changed to "interested";

31. Page 24, line 25, the second "that" should be changed to "it";

32. Page 25, line 9, the word "an" should be changed to "a";

33. Page 25, line 12, the word "if" should be changed to "about";

34. Page 26, line 2, the phrase "which is" should be stricken;

35. Page 26, line 10, the word "in" should be changed to "and";

36. Page 26, line 19, the word "the" should be inserted between "at" and "point";

37. Page 27, line 8, a comma should be inserted between "this" and "but";

38. Page 29, line 17, the word "offers" should be changed to "office";

39. Page 29, line 17, the word "expressed" should be changed to "expressly";

40. Page 29, line 20, the word "May" should be changed to "made";

41. Page 29, line 21, the second "of" should be stricken.

                      Respectfully Submitted,

                      PREET BHARARA
                      United States Attorney


By:    */s/ Christian R. Everdell*
        CHRISTIAN R. EVERDELL
        CHRISTINE I. MAGDO
        KEVIN MOSLEY
        Assistant United States Attorneys