# MINTZ & OPPENHEIM LLP
260 MADISON AVENUE, 18TH FLOOR
NEW YORK, NEW YORK 10016

MARSHALL A. MINTZ     TEL (212) 447-1800
LAURA A. OPPENHEIM     FAX (212) 448-0066

February 27, 2018

By CM/ECF

Hon. Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

          Re: *United States v. Budovsky*, 13 Cr. 368 (DLC)

Dear Judge Cote:

     I am an attorney and represent Arthur Budovsky with regard to a potential motion under 28 U.S.C. § 2255. After a review of the materials, it is requested that the Clerk's Office be directed to provide me with copies of the following documents which are filed under seal:

| | |
|---|---|
| By defense: | 115, 140, 158, 177, 180, 181, 182, 184, 191, 192, 196, 217, 222, 313, 322, 368 |
| By the government: | All to which the government has consented to disclosure |

     If those documents are discussed in a § 2255 motion I will seek appropriate relief – such as redacted public filing and/or a sealed appendix – prior to filing.

     I thank the Court for its continued assistance with this matter.

                             Respectfully,

                             *Marshall A. Mintz*

                             Marshall A. Mintz

MAM/

cc:     All counsel (by CM/ECF)