UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                     :    13cr368 (DLC)

UNITED STATES OF AMERICA,       :

                                     :      ORDER

        -v-                           :

ARTHUR BUDOVSKY,                 :

                Defendant.    :

------------------------------------------X

DENISE COTE, District Judge:

    In a letter dated February 27, 2018, attorney Marshall Mintz, counsel for the defendant, requests that the Court direct the Clerk's Office to provide him with copies of the following documents filed under seal: 115, 140, 158, 177, 180, 181, 182, 184, 191, 192, 196, 217, 222, 313, 322 and 368.  In addition, counsel requests that he be given copies of other sealed documents, with the Government's consent.  They are document numbers: 8, 9, 30, 43, 49, 50, 54, 62, 66, 75, 106, 145, 153, 157, 169, 206, 235, 236, and 309.  Accordingly, it is hereby

    ORDERED that the Clerk's Office shall permit defense counsel to have access to these documents in order to make copies of them.  Counsel shall contact the Records Management Office at 212-805-0700 or go in person to that office (located in Room 370, 500 Pearl Street) for information on how to obtain the copies and what fee must be paid for the copies.

Dated:    New York, New York
          March 2, 2018

                                            _____
                                               DENISE COTE
                                United States District Judge