```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-2-2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA           :
                                   :    FINAL ORDER OF FORFEITURE
          -v.-                     :    AS TO SPECIFIC PROPERTY
                                   :
ARTHUR BUDOVSKY,                   :    13 Cr. 368 (DLC)
          a/k/a "Arthur Belanchuk," :
          a/k/a "Eric Paltz,"      :
                                   :
                    Defendant.     :
- - - - - - - - - - - - - - - - - x

        WHEREAS, on or about February 1, 2016, the Court entered

a   Consent   Preliminary   Order   of   Forfeiture   as   to   Specific

Properties/Money Judgment (the "Preliminary Order of Forfeiture")

(Docket Entry 307), which ordered the forfeiture to the United

States of, *inter alia*, all right, title and interest of ARTHUR

BUDOVKSY, a/k/a "Arthur Belanchuk," a/k/a "Eric Paltz," (the

"Defendant") in the following property:

        a.    Any and all assets on deposit in the following
              accounts, and any and all property traceable to the
              following accounts:

|     | Account Name | Bank | Country | Account Number |
|-----|-------------|------|---------|----------------|
| 1.  | Budovsky, Arthur | Barclays Bank | Spain | 0065 1157 0021000973 |
| 2.  | Budovsky, Arthur | Barclays Bank | Spain | 0065 1157 0021000981 |
| 3.  | Budovsky, Arthur | Barclays Bank | Spain | 1157112703424154 |
| 4.  | Budovsky, Arthur | Barclays Bank | Spain | 0065-1157-13-0023000385 |
| 5.  | Budovsky, Arthur | Barclays Bank | Spain | 0011575322000213 |
| 6.  | Budovsky, Arthur | Barclays Bank | Spain | 0011575323000285 |
| 7.  | Budovsky, Arthur | Hellenic Bank | Cyprus | 240-01-510649-01 |
| 8.  | Budovsky, Arthur | Hellenic Bank | Cyprus | 240-07-510649-01 |
| 9.  | Budovsky, Arthur | Hellenic Bank | Cyprus | 240-20-510649-01 |
| 10. | Belanchuk, Arthur B. | Attijariwafa Bank | Morocco | MA007810000446700041001887 |
| 11. | El Amine, Azzeddine | Attijariwafa Bank | Morocco | MA007810000446500046028825 |
| 12. | El Amine, Azzeddine | Hellenic Bank | Cyprus | 240-07-568225-01 |

| 13. | Elano Consulting Ltd. | National Bank of Greece | Cyprus | 100004781803 |
|---|---|---|---|---|
| 14. | Figueroa, Kelsin Antonio Varela | Banque Marocaine de Commerce Exterieur (BMCE) | Morocco | MA00117800000048496000892395 |
| 15. | Gardinia Ltd. | Hellenic Bank | Cyprus | 240-01-577867-01 |
| 16. | Gardinia Ltd. | Hellenic Bank | Cyprus | 240-07-577867-01 |
| 17. | Grupo Lulu | Banco BAC San Jose | Costa Rica | 912049962 |
| 18. | Liberty Reserve | Banco Credito | Costa Rica | 101527143 |
| 19. | Liberty Reserve | Banco Credito | Costa Rica | 101527141 |
| 20. | Liberty Reserve | Banco Credito | Costa Rica | 101527144 |
| 21. | Liberty Reserve | Banco Credito | Costa Rica | 308-301-3083200 |
| 22. | Liberty Reserve | Banco Credito | Costa Rica | 302-301-302107678 |
| 23. | Liberty Reserve | Grupo Mutual Alajuela | Costa Rica | 140-305-803301217563 |
| 24. | Liberty Reserve | Grupo Mutual Alajuela | Costa Rica | 140-305-803301218849 |
| 25. | Liberty Reserve | Grupo Mutual Alajuela | Costa Rica | 140-305-803301218988 |
| 26. | Liberty Reserve | Banco Lafise | Costa Rica | 110024084 |
| 27. | Lorys Ltd. | Hellenic Bank | Cyprus | 240-01-575911-01 |
| 28. | Lorys Ltd. | Hellenic Bank | Cyprus | 240-07-575911-01 |
| 29. | Makelina Limited | Hellenic Bank | Cyprus | 240-07-539613-01 |
| 30. | Makelina Limited | Hellenic Bank | Cyprus | 240-01-539613-01 |
| 31. | Manueta Limited | Hellenic Bank | Cyprus | CY58005002400002400753771401 |
| 32. | Marania Ltd. | Hellenic Bank | Cyprus | 240-01-521214-01 |
| 33. | Marania Ltd. | Hellenic Bank | Cyprus | 240-07-521214-01 |
| 34. | Marania Ltd. | Hellenic Bank | Cyprus | 240-20-521214-01 |
| 35. | Masfiloti Ltd. | Hellenic Bank | Cyprus | 240-01-619815-01 |
| 36. | Masfiloti Ltd. | Hellenic Bank | Cyprus | 240-07-619815-01 |
| 37. | Milomeri Ltd. | Hellenic Bank | Cyprus | 240-01-619816-01 |
| 38. | Milomeri Ltd. | Hellenic Bank | Cyprus | 240-07-619816-01 |
| 39. | Palodia Ltd. | Hellenic Bank | Cyprus | 240-01-569416-01 |
| 40. | Palodia Ltd. | Hellenic Bank | Cyprus | 240-07-569416-01 |
| 41. | Robix Services Inc. | Rietumu Bank | Latvia | LV69 RTMB 0000608806731 |
| 42. | Technocash Limited 032078 USD Currency Account | Westpac Banking Corporation | Australia | 034702814055 |
| 43. | Technocash Limited | Westpac Banking Corporation | Australia | 032024037023 |
| 44. | Travertine Ltd. | Hellenic Bank | Cyprus | 240-01-521212-01 |
| 45. | Travertine Ltd. | Hellenic Bank | Cyprus | 240-07-521212-01 |
| 46. | Travertine Ltd. | Hellenic Bank | Cyprus | 240-20-521212-01 |
| 47. | Unida Limited | Cyprus Development Bank PC | Cyprus | CY45014002010101010005029010 |

| 48. | W.E.B.S.A. | Banco Credito | Costa Rica | 308-301-308202 |
|---|---|---|---|---|
| 49. | WebData Inc. | SunTrust Bank | USA | 1000049971780 |
| 50. | Worldwide e-Commerce Business SA | Banco Nacional | Costa Rica | 100021546003625 |
| 51. | Yassine, Ahmed | Banque Marocaine de Commerce Exterieur (BMCE) | Morocco | MA0011780000048205000892589 |

    b.    any and all of the following property:

        1.    Vesting 124 te 2141 MD Vijfhuizen, Nederland, kadastraal bekend gemeente Haarlemmermeer, sectie AC, complexaanduiding 1359 A, appartementenindex 51, uitmakende het eenhonderd drieentwintig I zevenduizend zeshonderd achtenvijftigste (123/7.658ste) onverdeeld aandeel in de gemeenschap, bestaande uit het gebouw genaamd "Vesting 5Huizen" met ondergrond, omvattende zesenzestig (66) woningen, negenendertig (39) bergingen en tachtig (8) parkeerplaatsen, ten tijde van de splitsing in appartementsrechten, kadastraal bekend gemeente Haarlemmermeer, sectie AC, nummer 1356, groot twee en dertig are elf centiare (32.11 are).

            (Translation: Vesting 124, 2141 MD, Vijfhuizen, Netherlands, cadastral municipality of Haarlemmermeer, section AC, complex designation 1359 A, apartment index 51 constituting the one hundred twenty-three / seven thousand six hundred fifty-eighth (123 / 7,658ste) undivided share in the community, consisting of the building called "Vesting 5Huizen" the foundation with sixty-six (66) houses, thirty-nine (39) storage units, and eighty (80) parking spaces, at the time of the division into condos, known in the registry as Haarlemmermeer, section AC, number 1356, measuring thirty-two thousand and eleven square meters (3,211 square meters));

3

2.   Finca # 1-326288-000 ubicada en Costa Rica,
     San José, Escazú, San Rafael, Bello
     Horizonte arriba, 200 metros sur de los
     tanques del AYA, cédula jurídica 3-101-
     448089.

     (TRANSLATION: Property # 1-326288-000
     located in Costa Rica, San Jose, Escazu,
     San Rafael, Bello Horizonte up, 200 meters
     south of the tanks of the AYA, judicial
     certificate 3-101-448089);

3.   Finca # 1-228682-000 ubicada en Costa Rica,
     San José, Escazú, San Rafael, de la sub-
     estación del ICE 150 metros norte, casa
     esquinera a lado derecha, con muro color
     gris, con piedra café, con reja color
     marrón, cédula jurídica 3-101-482413.

     (TRANSLATION: Property # 1-228682-000
     located in Costa Rica, San Jose, Escazu,
     San Rafael, 150 meters North of the sub-
     station of the ICE, corner house on the
     right hand side, with wall grey, with brown
     stone, with brown grating, legal ID 3-101-
     482413);

4.   Finca # 1-518488-000 ubicada en Costa Rica,
     San José, Escazú, San Rafael, de la sub-
     estación del ICE 150 metros norte, 15
     metros al oeste, se encuentra ubicada
     contiguo a la vivienda de Grupo Santillana
     Yamural, ésta se encuentra a nombre de 3-
     102-618923 Sociedad de Responsabilidad
     Limitada.

     (TRANSLATION: Property # 1-518488-000
     located in Costa Rica, San Jose, Escazu,
     San Rafael, 150 meters north of the sub-
     station of the ICE, 15 meters to the West,
     is located adjacent to the dwelling of
     Grupo Santillana Yamural, is on behalf of
     3-102-618923 limited liability company);

4

5.   Finca # 1-225782-000 ubicada en Costa Rica,
     San José, Escazú, San Rafael, de la sub-
     estación del ICE 150 metros norte, 125
     metros oeste, lote a mano izquierda, la
     cual se encuentra a nombre de Ufta Deda
     S.A. cédula jurídica 3-101-435126.

     (TRANSLATION: Property # 1-225782-000
     located in Costa Rica, San Jose, Escazu,
     San Rafael, 150 meters north of the sub-
     station of the ICE, 125 meters west, lot on
     the left, which is in the name of Ufta Deda
     S.A. legal ID 3-101-435126);

6.   Finca # 1-605546-000 / 1-605547-000 / 1-
     605548-000 ubicadas en Costa Rica, San
     José, Escazú, San Rafael, de la sub-
     estación del ICE 150 metros norte, las
     cuales se encuentran a nombre de 3-102-
     575822 Sociedad de Responsabilidad
     Limitada. Consta de tres lotes juntos.

     (TRANSLATION: Property # 1-605546-000 / 1-
     605547-000 /1-605548-000 located in Costa
     Rica, San Jose, Escazu, San Rafael, 150
     meters north of the sub-station of the ICE,
     which are on behalf of 3-102-575822 limited
     liability company. It consists of three
     lots together);

7.   Finca # 1-403624-000 ubicada en Costa Rica,
     San José, Santa Ana, del Restaurante el
     Restribo 100 metros oeste, 150 metros sur,
     la cual se encuentra a nombre de
     Corporación Lubamyra Love S.A. cédula
     jurídica 3-101-506508.

     (TRANSLATION: Property # 1-403624-000
     located in Costa Rica, San Jose, Santa Ana,
     100 meters west of the Restribo Restaurant,
     150 meters South, which is on behalf of
     Corporation Lubamyra Love S.A. 3-101-506508
     legal identity);

((a) and (b), collectively, the "Specific Property");

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property to file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). The Preliminary Order of Forfeiture further stated that the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to the person notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the United States sent notice of the Consent Preliminary Order of Forfeiture, pursuant to Rule 32.2(b)(6) of

6

the Federal Rules of Criminal Procedure, to the following parties

(the "Noticed Parties"):

1.  **ADN Solutions S.A.**
    300 N, 300 E Final Boulevar
    Rohrmoser, 3790,
    1175-1200 Alajuela
    Costa Rica

2.  **Admiral Trading S.A.**
    c/o Ahmed Yassine
    Heredia, Costa Rica

3.  **Admiral Trading S.A.**
    to a Fastmail email account
    associated with this entity

4.  **Chukharev, Maxim**
    c/o Sarah Kunstler, Esq.
    Law Office of Sarah Kunstler
    315 Flatbush Avenue #103
    Brooklyn, New York 11217

5.  **Chukharev, Maxim**
    c/o Sarah Kunstler, Esq.
    25 Eighth Avenue
    Brooklyn, New York 11217

6.  **Dagensia Finance**
    Daniel Houska
    Roman Valihrach
    Zarami 90, Zlin, 76001
    Czech Republic

7.  **Dagensia Finance**
    Daniel Houska
    Roman Valihrach
    Prague 1, Washingtonova 1624/5,
    Prague, Czech Republic, 110 00

8.  **Dagensia Finance**
    Daniel Houska
    Roman Valihrach
    to a Gmail email account associated
    with this entity

9.  **Ecardone Bancorp Limited**
    Daniel Houska
    Prague, Czech Republic, 530 09

10. **Ecardone Limited**
    Aukland Compliance Limited
    60 Cook Street, Suite 324
    Auckland, New Zealand

11. **El Amine, Azzeddine**
    c/o Aaron Mysliwiec, Esq.
    Miedel & Mysliwiec, LLP
    111 Broadway, Suite 1401
    New York, New Yok 10006

12. **Elano Consulting**
    Lordos Waterfront
    2nd Floor Office 201
    165 Spyros Araouzous Street
    3036 Limassol, Cyprus

13. **Gardinia Limited**
    Limassol, Cyprus

14. **Goendeavor**
    Nagoor Basha Shaik
    KPHB, Andhra Pradesh, India

15. **Goendeavor**
    Nagoor Basha Shaik
    New Bowenpally, Hyderabad
    Andhra Pradesh 500010, India

16. **Goendeavor**
    Nagoor Basha Shaik
    Belize City, Belize

17. **Goendeavor**
    Nagoor Basha Shaik
    to two email accounts associated with
    this entity

18. **Gold Mediator**
    c/o Sutrisno Suryoputro
    Jl. Srondol Indah
    Semarang, Indonesia

19. **Goldexpay**
    Grandeco Corp.
    #1 Mapp Street
    Belize City, Belize

20. **Goldexpay**
    **Grandeco Corp.**
    to a Gmail email account associated
    with this entity

21. **Goldexpay**
    Dmitiry Grushetskiy
    Zapozizhzhia, Ukraine 6900

22. **Gursky, Anatoly**
    Wuppertal, Germany

23. **Hidalgo, Alan**
    c/o AB&P
    Attn: Erick Ramirez Barahona
    Edificio AB&P
    Barrio Francisco Peralta
    San Jose, Costa Rica

24. **IndoChanger**
    Global Net Pesada
    c/o Eko Untung NUGROHO
    Jawa Tengah 50268, Indonesia

25. **Instant Exchange Limited**
    Vu Van Lang,
    East-Wanchai, Hong Kong

26. **Instant Exchange Limited**
    Vu Van Lang,
    28/2000 Van Vao, Ngo Quyen,
    Hai Phon, Vietnam

27. **Instant Exchange Limited**
    Vu Van Lang
    to a Gmail email account associated
    with this entity

28. **Jimenez Bolanos, Maycol Jose**
    San Pedro, Costa Rica

29. **Jimenez Bolanos, Mycol Jose**
    to a Gmail email account associated
    with this individual

30. **Liberty Reserve S.A.**
    c/o Allan Hidalgo
    c/o Erick Ramirez Barahona
    Edificio AB&P
    Barrio Francisco Peralta
    San Jose, Costa Rica

31. **Lorys Limited**
    3609 Limassol, Cyprus

32. **Makelina Limited**
    165 Spyrou Araouzou Street
    2nd Floor
    3035 Limassol, Cyprus

33. **Marania Limited**
    Intershore Chambers
    Post Office Box 4342
    Road Town Tortola
    British Virgin Islands

34. **Melentin, Arthur**
    c/o Guy Petrillo, Esq.
    Petrillo, Klein & Boxer, LLP
    655 Third Avenue, 22nd Floor
    New York, New York 10017

35. **Merkushin, Alexander**
    Queensway, Hong Kong

36. **Minaysan, Martiros**
    Limassol, Cyprus

37. **Nwobu, Emeka Kenechukwu**
    Awka, Anambra State, Nigeria

38. **Nwobu, Emeka Kenechukwu**
    to a Gmail email account associated
    with this individual

39. **Pavlukhin, Gleb**
    Zwaneburg, Netherlands

40. **Peytrequin Rivera, Luis Diego**
    San Jose, Tibas
    Costa Rica

41. **Peytrequin Rivera, Luis Diego**
    to two email accounts associated with
    this individual

42. **Robix Services Incorporated**
    Cuba Avenue 34th Street
    Building No. 34-20
    Panama 5, Panama

43. **Robix Services Incorporated**
    Boitsova Street Unit 22 Court 3
    Moscow, Russia

44. **Swiftexchanger**
    Freddy Ledezma Garcia,
    Barvo Heredia, Costa Rica

45. **Technocash Limited**
    c/o Paul Monsted
    Pennant Hills NSW 2120

46. **Technocash Limited**
    c/o Raymond Palkans
    Kings Langley NSW 2147

47. **Technocash Limited**
    c/o Pierre Mitchell
    Nelson, New Zealand

48. **Technocash Limited**
    Sydney NSW 2000

49. **Travertine Limited**
    Blake Building
    Suite 302
    Corner Hutson & Eyre Street
    Belize City, Belize

50. **Varela, Kelsin**
    San Jose, Costa Rica

51. **Varela, Kelsin**
    Vijfhuizen
    Netherlands

52. **Varela, Kelsin**
    to two email accounts associated with
    this individual

53. **Webnet Digital Solutions**
    Johnson Effiong Usung
    No 49, Location Road
    Oyigbo, Port Harcourt
    Rivers State, Nigeria

54. **Webnet Digital Solutions**
    Johnson Effiong Usung
    to an email account associated with
    this entity

55. **WM-Center**
    HWL Ebsworth
    Rebecca Jaffe
    Melbourne Victoria 3000

56. **WM-Center**
    Pavel Popkov
    Novosibirsk, Russia

57. **WM-Center**
Intercontinental Trade & Services SA
Pavel Popkov
Sevik Asawov
Avenida Samuel Lewis
Panama City, Panama

58. **WM-Center**
to an email account associated with
this entity

59. **WMRIK**
Roman Boyarkin
Russia, Irkutsk

60. **WMRIK**
Roman Boyarkin
to an email account associated with
this individual

61. **Yassine, Ahmed**
c/o Gloria Navas, Esq.
San José, Costa Rica

62. **Yassine, Ahmed**
to an email account associated with
this individual

WHEREAS, the Noticed Parties are the only parties known by the Government to have a potential interest in the Specific Property;

WHEREAS, thirty (30) days have expired since notice of the Consent Preliminary Order of Forfeiture was sent;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose the Specific Property was posted on an official government internet site (www.forfeiture.gov), beginning

13

on February 25, 2016, for thirty (30) consecutive days, through March 25, 2016, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on May 5, 2017 (Docket Entry 411); and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.    All right, title and interest in the Specific Property is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2.    Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Property.

3.    The United States Department of Treasury (or its designee) shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

4.    The Clerk of the Court shall forward three certified copies of this Final Order of Forfeiture to Assistant United States Attorney Alexander J. Wilson, Chief, Money Laundering and Asset Forfeiture Unit, United States Attorney's Office, Southern District of New York, One St. Andrew's Plaza, New York, New York 10007.

SO ORDERED:

_____
HONORABLE DENISE L. COTE
UNITED STATES DISTRICT JUDGE

March 2. 2018
DATE

15