

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 16, 2018

**BY ECF**
The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:      **United States v. Arthur Budovsky**
                  13 Cr. 368 (GHW)

Dear Judge Cote:

      The Government respectfully requests that the Court enter the attached Second Final Order of Forfeiture in this matter. As set forth in the proposed order, all right, title, and interest of the defendant, Arthur Budovsky, in the Specific Property were forfeited pursuant to the Consent Preliminary Order of Forfeiture (Docket Entry 307) and the Second Consent Preliminary Order of Forfeiture (Docket Entry 361) and no third-party claims have been filed for these assets. Accordingly, the attached Second Final Order of Forfeiture should be entered so that the United States Department of Treasury can take full possession and ownership of the assets for disposition according to law.

      Accordingly, the Government respectfully requests that the Second Final Order of Forfeiture be entered.

                        Respectfully submitted,

                        GEOFFREY S. BERMAN
                        United States Attorney

      By:        */s/*
            Christine I. Magdo
            Assistant United States Attorney
            Tel.: (212) 637-2297

Encl.