USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA          :
                                  :   SECOND FINAL ORDER OF
           -v.-                   :   FORFEITURE AS TO SPECIFIC
                                  :   PROPERTY
ARTHUR BUDOVSKY,                  :
     a/k/a "Arthur Belanchuk,"    :   13 Cr. 368 (DLC)
     a/k/a "Eric Paltz,"          :
                                  :
           Defendant.             :
- - - - - - - - - - - - - - - - x

WHEREAS, on or about February 1, 2016, the Court entered a Consent Preliminary Order of Forfeiture as to Specific Properties/Money Judgment (the "First Preliminary Order of Forfeiture") (Docket Entry 307), which ordered the forfeiture to the United States of, *inter alia*, all right, title and interest of ARTHUR BUDOVKSY, a/k/a "Arthur Belanchuk," a/k/a "Eric Paltz," (the "Defendant") in the following property:

    a. Vesting 78, .2141 MD, Vij fhuizen, Nederland, kadastraal bekend gemeente. Haarlemmermeer, sectie AC, nummer 1359 A-76, uitmakende het het appartementsrecht, rechtgevende op het uitsluitend gebruik van de woning met balkon gelegen op de eerste verdieping van na te melden gebouw, uitmakende het een en zestig; zevenduizend zeshonderd acht en vijftigste(61/7.658ste)onverdeeld aandeel in de gemeenschap en het appartementsrecht, recht gevende op het uitsluitend gebruik van de parkeerplaa:ts, behorende bij het hiervoor omschreven appartementsrecht en gelegen in de kelder van het onderstaande:'gebouw, kadastraal bekend gemeente Haarlemmermeer: sectie AC nummer 1359 A-76, uitmakende het drie en twintig; zevenduizend zeshonderd acht en vij ftigste (23/7. 658ste) onverdeeld aandeel in de

>     hiervoor omschreven gemeenschap aandeel in de
>     gemeenschap bestaande ui t: zes en zestig
>     woningen, negen en dertig bergingen en tachtig
>     parkeerplaatsen ten tijde van' de splitsing
>     kadastraal bekend gemee Haarlemmermeer, :sectie
>     AC, nummer 1356, groot O hecta 32 are 11
>     centiare.
>
>     (Translation: Vesting 78, 2141 MD, Vijfhuizen,
>     Netherlands, cadastral municipality of
>     Haarlemmermeer, section AC, number 1359 A-76,
>     to constitute condo ownership, giving right to
>     the exclusive use of the dwelling with balcony
>     located on the first floor of the
>     aforementioned building, constituting sixty-
>     one/seven thousand six hundred and fifty-eight
>     (61/7, 658ste) undivided share in the community
>     and the condo, giving right to the exclusive
>     use of the parking area belonging to the condo
>     described above and located in the basement of
>     the mentioned building, cadastral municipality
>     Haarlemmermeer section AC No. 1359 A -76,
>     constituting; twenty-three/seven thousand six
>     hundred and fifty-eight (23/7, 658ste)
>     undivided share in the above-described
>     community consisting of sixty-six homes,
>     thirty-nine storage spaces, and eighty parking
>     spaces at the time of the split, known in the
>     registry as Haarlemmermeer, AC section, number
>     1356, measuring 3,211 square meters;

(the "Netherlands Property");

WHEREAS, on or about May 9, 2016, the Court entered a Second Consent Preliminary Order of Forfeiture as to Specific Property (the "Second Preliminary Order of Forfeiture") (Docket Entry 361), which ordered the forfeiture to the United States of, *inter alia*, all right, title and interest of ARTHUR BUDOVKSY, a/k/a

2

"Arthur Belanchuk," a/k/a "Eric Paltz," (the "Defendant") in the following property:

  a) The following electronics seized at ADN Solutions S.A., 300 N, 300 E Final Boulevar Rohrmoser, 3790, 1175-1200 Alajuela, Costa Rica, including the following items:

    1. 1 HP Proliant DL585G7, S/N: USE131DM71;

    2. 1 HP Proliant DL160G6, S/N: USE130N16L;

    3. 1 HP Proliant DL160G6, S/N: USE130N16K;

    4. 1 HP Storage Works Product NO. AG638A, S/N: SGA8380027;

    5. 1 HP Proliant DL 160G6, S/N: USE020NIZZ;

    6. 1 HP Proliant DL380G4, S/N: 2UX74600MU;

    7. 1 HP Storageworks HSV300, S/N: SEA8360221;

    8. 1 Dell Powervault 124T, S/N: 3HMNRG1;

    9. 1 HP Proliant DL585G7, S/N: USE131DM6;

    10. 1 Cisco switch with label;

    11. 3 Cisco Catalyst 3750;

    12. 1 Cisco 2900 Series;

    13. 1 Cisco 3800 Series;

  b) The following electronics seized from the defendant at the time of his arrest at Madrid Barajas Airport in Spain, including the following items:

    1. 1 Apple Macbook pro, S/N: C02K572TFFT1;

3

c) The following electronics seized from the defendant's apartments located in the Netherlands at Populierenlaan 79, Zwanenburg 1161SG, and Vesting 124, 2141 MD Vijfuizen, including the following items:

    1. 1 Apple IMac, Serial Numbers: W8948SFB5PC;

    2. 1 Apple IMac, Serial Numbers: W89474LD5PE;

    3. 1 Dell Laptop, Serial Numbers: 7665XK1;

    4. 1 Apple Macbook Pro Laptop;

d) The following electronics seized from the defendant's house in the residential neighborhood "Las Terrazas", 150 meters east of the El Restribo Restaurant Santa Ana, San Jose, Costa Rica, including the following items:

    1. 8 Dell LTO Ultrium 4 Data Cartridges, 1.6 TB Capacity;

    2. 1 Sony Vaio Laptop, S/N: R5937649;

    3. 1 Sony Vaio Laptop, S/N: 540401433000967

e) The following electronics seized at Servers Lodge Inc. (a/k/a "Cyberfuel"), Forum Industrial Park, Building E, 2nd Floor, Santa Ana, San Jose, Costa Rica, including the following items:

    1. 1 FPC Tower, S/N: 172075;

    2. 1 HP Proliant ML110, S/N: MX20110053;

    3. 1 Black Tower Computer with label "NTWK Monitor";

    4.   1 HP Proliant DL160G6, S/N: MX71121GMT;

    5.   1 HP Proliant DL380G6, S/N: USE020N0MZ;

    6.   1 HP Storageworks 18G2 tape autoloader;

    7.   1 HP Proliant DL160G6, S/N: MXQ1121GN2;

    8.   1 HP Proliant DL585G7, S/N: USE105N0RN;

    9.   3 Cisco Catalyst 3750;

    10.  1 Cisco 2600 Series;

    11.  1 Cisco 2911, S/N: FTX1417AJ4C;

    12.  1 Red Cosma purple thumpdrive;

    13.  1 HP Proliant DL585G7, S/N: USE105NORP;

    14.  1 HP Storageworks P2000, S/N: 2S6014D142;

    15.  1 HP Storageworks P2000, S/N: 256014C355;

f) The following electronics seized at Sweden Dedicated Server, Renstiernas Gata 35-37, Stockholm (Pionen), in Sweden, including the following items:

    1.   1 Dell Poweredge server with, S/N: 39D3N4J;

g) The following electronics seized at Group Lulu, Golden Plaza #28, Escazu Costa Rica;

    1.   1 Apple IMac, Ser No: W8904FZPTF;

h) The following electronics seized at WEBSA, Golden Plaza #27, Escazu, Costa Rica ;

    1.   1 HP Pavillian desktop, Ser No: CNH7350CX5;

    2.   1 Acer Tower, Ser No: 80404039327;

    3.    1 Acer Tower, Ser No: PTSC70X010929039A52704;

    4.    1 Compaq Tower, Ser No: 4CE9280471;

    5.    1 Compaq Tower, Ser No: 4CE9280HBD;

    6.    1 Acer Tower, Ser No: 8040404827;

    7.    1 Toshiba Laptop, Ser No: 88173352Q;

    8.    1 HP Pavilion Laptop, Ser No: CNF7490Q8Y;

    9.    1 HP laptop with label "NU32";

    10.    1 Apple Macbook Pro, Ser No: W89250AG8YA;

    11.    1 Sony Vaio Laptop, Ser No: C60141G1;

    12.    1 Acer computer, Ser No: 81201356627;

    13.    1 Acer computer, Ser No: 81201383327;

    14.    1 Computer, Ser No: 81201355627;

    15.    1 Shuttle computer, Ser No: SG41J10100A03F02016;

    16.    1 Shuttle computer, Ser No: SG33G5P0R0747F00078;

    17.    1 Acer computer, Ser No: 81201376427;

    18.    1 Synology, Ser No: B9K2N00384;

    19.    1 HP Storageworks P2000, Ser No: 256124D114;

    20.    1 HP Storageworks, Ser No: 256121B009;

    21.    1 Dell Poweredge 2950;

    22.    1 HP Proliant DL380G5, Ser No: 2UX73404GF;

    23.    1 HP Proliant DL380G5, Ser No: 2UX73404G9;

i) The following electronics seized at Triton Group, Golden Plaza #26, Escazu, Costa Rica;

    1.    Sixteen (16) Dell 1600 GB Ultrium 4 Data Tapes;

    2.    1 SONY VAIO LAPTOPN, Ser No: C607N8B1;

(a-f, the "First Published Property"; g-i, the "Second Published Property"; and the Netherlands Property, First Published Property, and Second Published Property, collectively, the "Specific Property");

WHEREAS, the First Preliminary Order of Forfeiture and the Second Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the First Preliminary Order of Forfeiture and the Second Preliminary Order of Forfeiture, notice of the United States' intent to dispose the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property to file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). The First Preliminary Order of Forfeiture and the Second Preliminary Order of Forfeiture further stated that the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to the person notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset

Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the United States sent notice of the First Preliminary Order of Forfeiture and the Second Preliminary Order of Forfeiture, pursuant to Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, to the following parties (the "Noticed Parties"):

1. **ADN Solutions S.A.**
   300 N, 300 E Final Boulevar
   Rohrmoser, 3790,
   1175-1200 Alajuela
   Costa Rica

2. **Admiral Trading S.A.**
   c/o Ahmed Yassine
   Heredia, Costa Rica

3. **Admiral Trading S.A.**
   to a Fastmail email account
   associated with this entity

4. **Chukharev, Maxim**
   c/o Sarah Kunstler, Esq.
   Law Office of Sarah Kunstler
   315 Flatbush Avenue #103
   Brooklyn, New York 11217

5. **Chukharev, Maxim**
   c/o Sarah Kunstler, Esq.
   25 Eighth Avenue
   Brooklyn, New York 11217

6. **Dagensia Finance**
   Daniel Houska
   Roman Valihrach
   Zarami 90, Zlin, 76001
   Czech Republic

7. **Dagensia Finance**
   Daniel Houska
   Roman Valihrach
   Prague 1, Washingtonova 1624/5,
   Prague, Czech Republic, 110 00

8. **Dagensia Finance**
   Daniel Houska
   Roman Valihrach
   to a Gmail email account associated
   with this entity

9. **Ecardone Bancorp Limited**
   Daniel Houska
   Prague, Czech Republic, 530 09

10. **Ecardone Limited**
    Aukland Compliance Limited
    60 Cook Street, Suite 324
    Auckland, New Zealand

11. **El Amine, Azzeddine**
    c/o Aaron Mysliwiec, Esq.
    Miedel & Mysliwiec, LLP
    111 Broadway, Suite 1401
    New York, New Yok 10006

12. **Elano Consulting**
    Lordos Waterfront
    2nd Floor Office 201
    165 Spyros Araouzous Street
    3036 Limassol, Cyprus

13. **Gardinia Limited**
    Limassol, Cyprus

9

14. **Goendeavor**
    Nagoor Basha Shaik
    KPHB, Andhra Pradesh, India

15. **Goendeavor**
    Nagoor Basha Shaik
    New Bowenpally, Hyderabad
    Andhra Pradesh 500010, India

16. **Goendeavor**
    Nagoor Basha Shaik
    Belize City, Belize

17. **Goendeavor**
    Nagoor Basha Shaik
    to two email accounts associated with this entity

18. **Gold Mediator**
    c/o Sutrisno Suryoputro
    Jl. Srondol Indah
    Semarang, Indonesia

19. **Goldexpay**
    Grandeco Corp.
    #1 Mapp Street
    Belize City, Belize

20. **Goldexpay**
    **Grandeco Corp.**
    to a Gmail email account associated with this entity

21. **Goldexpay**
    Dmitiry Grushetskiy
    Zapozizhzhia, Ukraine 6900

22. **Gursky, Anatoly**
    Wuppertal, Germany

23. **Hidalgo, Alan**
    c/o AB&P
    Attn: Erick Ramirez Barahona
    Edificio AB&P
    Barrio Francisco Peralta
    San Jose, Costa Rica

24. **IndoChanger**
    Global Net Pesada
    c/o Eko Untung NUGROHO
    Jawa Tengah 50268, Indonesia

25. **Instant Exchange Limited**
    Vu Van Lang,
    East-Wanchai, Hong Kong

26. **Instant Exchange Limited**
    Vu Van Lang,
    28/2000 Van Vao, Ngo Quyen,
    Hai Phon, Vietnam

27. **Instant Exchange Limited**
    Vu Van Lang
    to a Gmail email account associated
    with this entity

28. **Jimenez Bolanos, Maycol Jose**
    San Pedro, Costa Rica

29. **Jimenez Bolanos, Mycol Jose**
    to a Gmail email account associated
    with this individual

30. **Liberty Reserve S.A.**
    c/o Allan Hidalgo
    c/o Erick Ramirez Barahona
    Edificio AB&P
    Barrio Francisco Peralta
    San Jose, Costa Rica

31. **Lorys Limited**
    3609 Limassol, Cyprus

11

32. **Makelina Limited**
    165 Spyrou Araouzou Street
    2nd Floor
    3035 Limassol, Cyprus

33. **Marania Limited**
    Intershore Chambers
    Post Office Box 4342
    Road Town Tortola
    British Virgin Islands

34. **Melentin, Arthur**
    c/o Guy Petrillo, Esq.
    Petrillo, Klein & Boxer, LLP
    655 Third Avenue, 22nd Floor
    New York, New York 10017

35. **Merkushin, Alexander**
    Queensway, Hong Kong

36. **Minaysan, Martiros**
    Limassol, Cyprus

37. **Nwobu, Emeka Kenechukwu**
    Awka, Anambra State, Nigeria

38. **Nwobu, Emeka Kenechukwu**
    to a Gmail email account associated
    with this individual

39. **Pavlukhin, Gleb**
    Zwaneburg, Netherlands

40. **Peytrequin Rivera, Luis Diego**
    San Jose, Tibas
    Costa Rica

41. **Peytrequin Rivera, Luis Diego**
    to two email accounts associated with
    this individual

42. **Robix Services Incorporated**
    Cuba Avenue 34th Street
    Building No. 34-20
    Panama 5, Panama

43. **Robix Services Incorporated**
    Boitsova Street Unit 22 Court 3
    Moscow, Russia

44. **Swiftexchanger**
    Freddy Ledezma Garcia,
    Barvo Heredia, Costa Rica

45. **Technocash Limited**
    c/o Paul Monsted
    Pennant Hills NSW 2120

46. **Technocash Limited**
    c/o Raymond Palkans
    Kings Langley NSW 2147

47. **Technocash Limited**
    c/o Pierre Mitchell
    Nelson, New Zealand

48. **Technocash Limited**
    Sydney NSW 2000

49. **Travertine Limited**
    Blake Building
    Suite 302
    Corner Hutson & Eyre Street
    Belize City, Belize

50. **Varela, Kelsin**
    San Jose, Costa Rica

51. **Varela, Kelsin**
    Vijfhuizen
    Netherlands

52. **Varela, Kelsin**
    to two email accounts associated with
    this individual

53. **Webnet Digital Solutions**
    Johnson Effiong Usung
    No 49, Location Road
    Oyigbo, Port Harcourt
    Rivers State, Nigeria

13

54. **Webnet Digital Solutions**
    Johnson Effiong Usung
    to an email account associated with
    this entity

55. **WM-Center**
    HWL Ebsworth
    Rebecca Jaffe
    Melbourne Victoria 3000

56. **WM-Center**
    Pavel Popkov
    Novosibirsk, Russia

57. **WM-Center**
    Intercontinental Trade & Services SA
    Pavel Popkov
    Sevik Asawov
    Avenida Samuel Lewis
    Panama City, Panama

58. **WM-Center**
    to an email account associated with
    this entity

59. **WMRIK**
    Roman Boyarkin
    Russia, Irkutsk

60. **WMRIK**
    Roman Boyarkin
    to an email account associated with
    this individual

61. **Yassine, Ahmed**
    c/o Gloria Navas, Esq.
    San José, Costa Rica

62. **Yassine, Ahmed**
    to an email account associated with
    this individual

WHEREAS, the Noticed Parties are the only parties known by the Government to have a potential interest in the Specific Property;

WHEREAS, thirty (30) days have expired since notice of the First Preliminary Order of Forfeiture and the Second Preliminary Order of Forfeiture were sent;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose the Netherlands Property was posted on an official government internet site (www.forfeiture.gov), beginning on February 9, 2018, for thirty (30) consecutive days, through March 10, 2018, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on July 16, 2018 (Docket Entry 441);

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose the First Published Property was posted on an official government internet site (www.forfeiture.gov), beginning on June 22, 2016, for thirty (30) consecutive days, through July 21, 2016, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on July 16, 2018 (Docket Entry 442);

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose the Second Published Property was posted on an official government internet site (www.forfeiture.gov),

beginning on February 9, 2018, for thirty (30) consecutive days, through March 10, 2018, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on July 16, 2018 (Docket Entry 443); and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Specific Property is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Property.

3. The United States Department of Treasury (or its designee) shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

4. The Clerk of the Court shall forward three certified copies of this Final Order of Forfeiture to Assistant United States Attorney Alexander J. Wilson, Chief, Money Laundering and Asset Forfeiture Unit, United States Attorney's Office, Southern District of New York, One St. Andrew's Plaza, New York, New York 10007.

SO ORDERED:

_____
HONORABLE DENISE L. COTE
UNITED STATES DISTRICT JUDGE

DATE: July 17, 2018