# MINTZ & OPPENHEIM LLP
260 MADISON AVENUE, 18TH FLOOR
NEW YORK, NEW YORK 10016

MARSHALL A. MINTZ
LAURA A. OPPENHEIM

TEL (212) 447-1800
FAX (212) 448-0066

November 6, 2018

By CM/ECF

Hon. Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 11-13-18

Re: *United States v. Budovsky*, 13 Cr. 368 (DLC)

Dear Judge Cote:

I am an attorney and represent Arthur Budovsky with regard to his pending motion under 28 U.S.C. § 2255. By Order dated October 10 (ECF No. 451), the Court directed Mr. Budovsky to return an Attorney-Client Privilege Waiver within 30 days.

Because, due to circumstances at the facility where he is incarcerated, Mr. Budovsky was not going to be able to obtain the services of a notary in the time allotted, he has instead provided an unsworn declaration pursuant to 28 U.S.C. § 1746. A copy of that declaration is attached and it is respectfully requested that the Court accept it in satisfaction of the October 10 Order.

Respectfully,

Marshall A. Mintz

Marshall A. Mintz

MAM/

cc:   All counsel (by CM/ECF)

*[Handwritten memo endorsement:]* The waiver is accepted. The defendant shall provide a notarized copy by 12/7/18.

*[Signed]* Denise Cote
11/13/18