```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :         13cr368 (DLC)
            -v-                          :
                                         :            ORDER
ARTHUR BUDOVSKY,                         :
                                         :
                  Defendant.             :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On May 3, 2021, Domingos Lugão Petroceli, who describes himself as a victim of the defendant's crimes, attempted to file a petition on ECF pursuant to 18 U.S.C. §§ 3663 and 3771.  It is hereby

ORDERED that the Clerk of Court shall accept the petition for filing.

IT IS FURTHER ORDERED that by **Friday, May 21**, the Government shall respond to the petition and advise the Court what steps need to be taken with respect to it.

Dated:    New York, New York
          May 3, 2021

                                    _____
                                           DENISE COTE
                                     United States District Judge