UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
               :
UNITED STATES OF AMERICA,           :     13cr368 (DLC)
               :
        -v-                         :     ORDER
               :
ARTHUR BUDOVSKY,                    :
                  Defendant.        :
               :
------------------------------------------X

DENISE COTE, District Judge:

Pursuant to the letter filed by the Government dated May 21, 2021 attached to this Order, it is hereby

ORDERED that non-party petitioner Domingos Lugão Petroceli may file a petition for remission with the Department of Justice as detailed in that letter. A copy of this Order along with the attachment will be emailed by chambers to Domingos Petroceli at dlpfxcapital@gmail.com

IT IS FURTHER ORDERED that the Clerk of Court shall terminate the Petroceli motion dated May 3, 2021.

Dated:  New York, New York
        May 25, 2021

                                    _____
                                         DENISE COTE
                                    United States District Judge